IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| BYRON T. BROWN , ) | CV 21-00387 DKW-RT |
| ) | |
| Plaintiff, ) | ORDER ADOPTING |
| ) | MAGISTRATE JUDGE'S |
| vs. ) | FINDINGS AND |
| ) | RECOMMENDATION |
| CHRISTINE WORMUTH, ) | |
| SECRETARY OF THE ARMY , ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on February 09, 2022, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the "Findings and Recommendation to Grant Defendants' Motion to Transfer Case to the United States Court of Federal Claims Pursuant to 28 U.S.C. § 1491 [Tucker Act]", ECF No. 22 are adopted as the opinion and order of this Court.

IT IS SO ORDERED.
DATED: March 1, 2022 at Honolulu, Hawai'i.



/s/ Derrick K. Watson
Derrick K. Watson
United States District Judge